RECEIVED
IN MONROE, LA
JUN 2 6 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **RICHARD R. STORMS, P.C.** | **CIVIL ACTION NO. 06-2163** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **PAYAL II, LLC, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

**MEMORANDUM RULING**

On April 19, 2007, the Court entered a default judgment against Defendant Rupinder Dhillon. [Doc. No. 17]. The default judgment mooted Plaintiff-Interpleader Richard R. Storms, P.C.'s claims against Defendant Payal II, LLC.

Accordingly, Richard R. Storms, P.C.'s claims against Payal II, LLC, are DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 26 day of June, 2007.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE